UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



UNITED STATES OF AMERICA

V.                                                          NO. 3:05CR84WHB-JCS

JULIA COLEMAN


### ORDER GRANTING MOTION TO EXTEND VOLUNTARY SURRENDER DATE


Before the Court is the defendant's Motion To Extend Date For Voluntary Surrender. The Court being fully advised herein, finds that said motion is well taken and should be granted.

It is therefore ORDERED,

That the date for the defendant, Julia Coleman, to self-surrender to her designated Bureau of Prisons facility is changed to _March 6, 2006_.

SO ORDERED this the 3rd day of February, 2006.

_____
UNITED STATES DISTRICT COURT JUDGE